# EXHIBIT C

**From:**          Grace White
**To:**            ███████████
**Subject:**       loan app with new company

HI ██████,
It was good speaking with you this morning. I would like to get your application moved over to the new company, Movement Mortgage. Would you please complete the application with the link below. This will go to my team lead until I get set up with them in the next couple of days.

https://apply.movement.com/#/milestones?referrerId=reggie%40movement.com

Reggie Register is the name of the loan officer that will be taking the application and is aware that I am sending you over. Don't worry about any documents because I have them saved will upload them to your new application. I appreciate your understanding and flexibility.

Kind regards,