**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| SOUTHERN TRUST MORTGAGE, LLC *Plaintiff,* v. GRACE WHITE and MOVEMENT MORTGAGE, LLC *Defendants.* | Civil Action No. _____ **JURY TRIAL DEMANDED** |

### RULE 7.1 FINANCIAL INTEREST DISCLOSURE STATEMENT OF PLAINTIFF SOUTHERN TRUST MORTGAGE, LLC

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, he undersigned counsel  of record for Plaintiff, Southern Trust Mortgage, LLC ("Plaintiff" or "Southern Trust") in this action certifies that the following are all parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Jerry B. Flowers, III; Dennis P. Sullivan; Jeffrey L. Jackson; Wesley B. Flowers; JREC DEV, LLC; Wendy Lewis.

Submitted this 4th day of November, 2024.

/s/Theresa Connolly
Theresa Connolly
Virginia Bar No. 46583
**FISHER PHILLIPS LLP**
2011 Crystal Drive, Suite 400
Arlington, Virginia 22201
Phone: (703) 682-7095
tconnolly@fisherphillips.com

1

Michael P. Elkon (motion for admission *pro hac vice* forthcoming)
Georgia Bar No. 243355
FISHER & PHILLIPS LLP
1230 Peachtree Street, NE
Suite 3300
Atlanta, Georgia 30309
Phone (404) 231-1400
Facsimile (404) 240-4249
melkon@fisherphillips.com

*Attorneys for Plaintiff*
*Southern Trust Mortgage, LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of November, 2024 a true and correct copy of the foregoing was served on all counsel of record via the Courts CM/ECF filing system.

A copy of the foregoing will be served as soon as the Summons for each Defendant has been issued by the Court, and will be made available to the following parties via hand-delivery by a process server:

Grace White
311 37th Street
Norfolk, VA 23508

Movement Mortgage, LLC
8024 Calvin Hall Road
Indian Land, South Carolina 29707

/s/Theresa Connolly
Theresa Connolly
Virginia Bar No. 46583
**FISHER PHILLIPS LLP**
2011 Crystal Drive, Suite 400
Arlington, Virginia 22201
Phone: (703) 682-7095
tconnolly@fisherphillips.com

Michael P. Elkon (motion for admission *pro hac vice* forthcoming)
Georgia Bar No. 243355
FISHER & PHILLIPS LLP
1230 Peachtree Street, NE
Suite 3300
Atlanta, Georgia 30309
Phone (404) 231-1400
Facsimile (404) 240-4249
melkon@fisherphillips.com

*Attorneys for Plaintiff*
*Southern Trust Mortgage, LLC*

3