# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number 2:24-cv-00653_____, Case Name Southern Trust Mortgage, LLC v. Grace White, et al.

Party Represented by Applicant: Southern Trust Mortgage, LLC

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please) Michael Peter Elkon

Bar Identification Number 243355_____ State Georgia_____

Firm Name Fisher & Phillips LLP

Firm Phone # (404) 231-1400 Direct Dial # (404) 240-5849 FAX # (404) 240-4249

E-Mail Address melkon@fisherphillips.com

Office **Mailing** Address 1230 Peachtree Street, NE, Suite 3300, Atlanta, Georgia 30309

Name(s) of federal district court(s) in which I have been admitted See attached

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____
(Signature)

Theresa Connolly
(Typed or Printed Name)

11/5/2024
(Date)

46583
(VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☑ *or* Exemption Granted ☐

The motion for admission is GRANTED ☑ *or* DENIED ☐

/s/
Rebecca Beach Smith
**Senior United States District Judge**
(Judge's Signature)

11-6-24
(Date)

# LIST OF DISTRICT COURT ADMISSIONS

| Court | Date Admitted | Good Standing |
| --- | --- | --- |
| United States District Court for the Northern District of Georgia | 12/18/2000 | Yes |
| United States District Court for the Middle District of Georgia | 2/18/2010 | Yes |
| United States District Court for the Southern District of Georgia | 01/2020 | Yes |
| United States District Court for the Middle District of Florida | 07/21/2017 | Yes |
| United States District Court for the District of Colorado | 03/02/2011 | Yes |