# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| Southern Trust Mortgage, LLC <br><br><br> *Plaintiff(s)* <br> v. <br> Grace White and Movement Mortgage, LLC <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.   2:24cv653 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Grace White
311 37th Street
Norfolk, VA 23508

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Theresa Connolly
Fisher & Phillips LLP
2011 Crystal Drive
Suite 400
Arlington, VA 22201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Eileen Price
2024.11.05 10:16:03 -05'00'

Date:   11/5/24

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **Southern Trust Mortgage, LLC** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 2:24cv653 |
| ) | |
| **GRACE WHITE and MOVEMENT MORTGAGE,** ) | |
| **LLC** ) | |
| ) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Keosha Willis, state:

I am a private process server, 18 years of age or older and not a party to this action or a member of a corporation or organization that is a party to this action. My address is 5420 Berryhill Rd, Norfolk , VA 23502.

I served the following documents to Grace White in VA on November 5, 2024 at 1:12 pm at 311 37th Street, Norfolk, VA 23508 by personal service by handing the following documents to an individual identified as Grace White.

Complaint
Summons
Corporate Disclosure Statement
Procedure for Civil Motions

White Female, est. age 45-54, glasses: Y, Gray hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=36.8798016804,-76.2856664044
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Norfolk                              ,

____VA____ on ___11/7/2024___ .

/s/ *Keosha Willis*
_____
Signature
Keosha Willis
+1 (757) 814-4415



Exhibit 1a)



Exhibit 1b)