# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia ▾

| | | |
|---|---|---|
| Southern Trust Mortgage, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:24-cv-653 |
| Grace White and Movement Mortgage, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movement Mortgage, LLC                                                                                         .

Date:     11/11/2024

*Attorney's signature*

Kristina H. Vaquera, VSB No. 43655
*Printed name and bar number*

500 E. Main Street
Suite 800
Norfolk, Virginia 23510

*Address*

kristina.vaquera@jacksonlewis.com
*E-mail address*

(757) 648-1448
*Telephone number*

(757) 648-1418
*FAX number*