# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia ▼

|  |  |  |  |
|---|---|---|---|
| Southern Trust Mortgage, LLC | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 2:24-cv-653 |
| Grace White and Movement Mortgage, LLC | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movement Mortgage, LLC                                                                                    .

Date:     11/11/2024

*Gabrielle Bohannon*
*Attorney's signature*

Gabrielle Bohannon, VSB No. 98106
*Printed name and bar number*
500 E. Main Street
Suite 800
Norfolk, Virginia 23510

*Address*

gabrielle.bohannon@jacksonlewis.com
*E-mail address*

(757) 648-1442
*Telephone number*

(757) 648-1418
*FAX number*