# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia ▼

| | | |
|---|---|---|
| Southern Trust Mortgage, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:24-cv-653 |
| Grace White and Movement Mortgage, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movement Mortgage, LLC                                                                                    .

Date:     11/12/2024

*William Jackson*

*Attorney's signature*

William B. Jackson, VSB No. 84012

*Printed name and bar number*

500 E. Main Street
Suite 800
Norfolk, Virginia 23510

*Address*

billy.jackson@jacksonlewis.com

*E-mail address*

(757) 648-1449

*Telephone number*

(757) 648-1418

*FAX number*