**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| **SOUTHERN TRUST MORTGAGE, LLC,** | |
| PLAINTIFF | |
| v. | **Civil Action No. 2:24-cv-653** |
| **GRACE WHITE** | |
| **and** | |
| **MOVEMENT MORTGAGE, LLC,** | |
| DEFENDANTS. | |

## NOTICE OF APPEARANCE

COMES NOW Benjamin D. Johnson, Esq. of the law firm Pierce Jewett, PLLC to enter his appearance as counsel of record for Defendant Grace White in the above-captioned matter.

**GRACE WHITE**

By: ___/s/ Benjamin Johnson_____
  Benjamin Johnson, Esq. (VSB No. 90812)
  Pierce Jewett, PLLC
  1111 E. Main St., Ste. P120
  Richmond, VA 23219
  Tel: 804.413.4021
  bjohnson@piercejewett.com

  *Counsel for Defendant Grace White*

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of November 2024, a true and correct copy of the foregoing Notice of Appearance was filed with the Clerk of Court using the CM/ECF system which will send notification to:

Theresa Connolly, Esq. (VSB 46583)
FISHER PHILLIPS LLP
2011 Crystal Drive, Suite 400
Arlington, Virginia 22201
Tel: (703) 682-7095
tconnolly@fisherphillips.com

Michael P. Elkon (admitted *pro hac vice*)
Georgia Bar No. 243355
FISHER & PHILLIPS LLP
1230 Peachtree Street, NE Suite 3300
Atlanta, Georgia 30309
Tel: (404) 231-1400
Fax: (404) 240-4249
melkon@fisherphillips.com

*Counsel for Plaintiff*


                    /s/
Benjamin D. Johnson