SOUTHERN TRUST MORTGAGE, LLC,

    PLAINTIFF

    v.

GRACE WHITE

and

MOVEMENT MORTGAGE, LLC,

    DEFENDANTS.

Civil Action No. 2:24-cv-653

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Defendant Grace White ("White"), by counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves the court for an extension of time to respond to the Complaint filed by Plaintiff Southern Trust Mortgage, LLC ("Southern Trust" or "Plaintiff"). In support of this consent motion, White states as follows:

1. Southern Trust served White with the Complaint and an appended Summons on November 7, 2024. ECF No. 8. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, White's deadline to respond to the Complaint is November 28, 2024.

2. On the same day that White was served with the Complaint, counsel for White's Co-Defendant, Movement Mortgage, LLC ("Movement" or "Co-Defendant") endorsed a service waiver under Rule 4 of the Federal Rules of Civil Procedure, *see* ECF No. No. 7, effectively extending Co-Defendant's deadline to respond to the Complaint to January 6, 2025.

1

3.      At the time White was served with the Complaint, counsel for Plaintiff was not aware that White was represented by counsel or otherwise would have likely also provided White's counsel with the opportunity to waive service on behalf of their client.

4.      Given the upcoming Thanksgiving holiday—on which White's Complaint is now due—as well as a busy litigation schedule, counsel for White is respectfully asking this Court for an extension of its deadline to respond to the Complaint to January 6, 2025, consistent with Co-Defendant's deadline to respond.

5.      The undersigned counsel has conferred with counsel for Plaintiff, who has indicated that Plaintiff consents to the requested extension.

6.      The extension will not prejudice any party to this action or delay any scheduled court proceeding.

7.      Unless the Court deems a hearing necessary, the parties request a ruling on this Motion without oral argument.

WHEREFORE, Defendant Grace White respectfully requests that the Court grant an extension to January 6, 2025, to file an Answer to Plaintiff's Complaint.

Dated: November 19, 2024

Respectfully submitted,

**SOUTHERN TRUST MORTGAGE, LLC**

      /s/

Theresa Connolly, Esq. (VSB 46583)
FISHER PHILLIPS LLP
2011 Crystal Drive, Suite 400
Arlington, Virginia 22201
Tel: (703) 682-7095
tconnolly@fisherphillips.com

Michael P. Elkon (admitted pro hac vice)
Georgia Bar No. 243355
FISHER & PHILLIPS LLP
1230 Peachtree Street, NE Suite 3300
Atlanta, Georgia 30309
Tel: (404) 231-1400
Fax: (404) 240-4249
melkon@fisherphillips.com

*Counsel for Plaintiff*

**GRACE WHITE**

      /s/

Ben Johnson, Esq. (VSB 90812)
Pierce Jewett, PLLC
1111 East Main Stret, Suite P120
Richmond, Virginia 23219
Tel: 804-413-4021
Fax: 757-257-0387
bjohnson@piercejewett.com

*Counsel for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

        I hereby certify that on this 19th day of November, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such to the following:

Theresa Connolly, Esq. (VSB 46583)
FISHER PHILLIPS LLP
2011 Crystal Drive, Suite 400
Arlington, Virginia 22201
Tel: (703) 682-7095
tconnolly@fisherphillips.com

Michael P. Elkon (admitted pro hac vice)
Georgia Bar No. 243355
FISHER & PHILLIPS LLP
1230 Peachtree Street, NE Suite 3300
Atlanta, Georgia 30309
Tel: (404) 231-1400
Fax: (404) 240-4249
melkon@fisherphillips.com

*Counsel for Plaintiff*

William B. Jackson, Esq. (VSB No. 84012)
Kristina H. Vaquera, Esq. (VSB No. 43655)
Gabrielle L. Bohannon (VSB No. 98106)
Jackson Lewis, P.C.
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone: (757) 648-1445
Facsimile: (757) 648-1418
billy.jackson@jacksonlewis.com
kristina.vaquera@jacksonlewis.com
gabrielle.bohannon@jacksonlewis.com

*Counsel for Defendant Movement Mortgage, LLC*

_____/s/_____
Benjamin Johnson, Esq.
