**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

|  |  |
|---|---|
| SOUTHERN TRUST MORTGAGE, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>GRACE WHITE and MOVEMENT MORTGAGE, LLC<br><br>*Defendants.* | Civil Action No. 2:24-cv-653 |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GRACE WHITE**

Plaintiff, Southern Trust Mortgage, LLC ("Southern Trust"), by and through the undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses with prejudice the claims in the above-captioned action against Defendant Grace White ("White"). White has not filed a responsive pleading to Southern Trust's Complaint. Southern Trust and White agree that each shall be responsible for her/its own attorneys' fees and costs incurred in this matter.

Respectfully submitted this 6th day of January 2025.

*s/Theresa Connolly*  
Theresa Connolly  
Virginia Bar No. 46583  
FISHER PHILLIPS LLP  
8200 Greensboro Drive – Suite 900  
McLean, Virginia 22102  
Phone: (703) 682-7095  
tconnolly@fisherphillips.com  

Michael P. Elkon  
(admitted *pro hac vice*)  
Georgia Bar No. 243355  
FISHER & PHILLIPS LLP  
1230 Peachtree Street, NE – Suite 3300  
Atlanta, Georgia 30309  
Phone (404) 231-1400  
Facsimile (404) 240-4249  
melkon@fisherphillips.com  

*Attorneys for Plaintiff*  
*Southern Trust Mortgage, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 6, 2025, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GRACE WHITE** with the Clerk of the Court by using the CM/ECF System, which will cause a copy to be served on all parties of record.

<u>*s/Theresa Connolly*</u>
Theresa Connolly

*Counsel for Plaintiff*