**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| **SOUTHERN TRUST MORTGAGE, LLC**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MOVEMENT MORTGAGE, LLC**<br><br>**Defendant.** | **Case No. 2:24-cv-00653** |

**DEFENDANT MOVEMENT MORTGAGE, LLC'S MOTION TO DISMISS**
**PLAINTIFF SOUTHERN TRUST MORTGAGE, LLC'S COMPLAINT**

Defendant Movement Mortgage, LLC ("Movement") submits this Motion to Dismiss Plaintiff Southern Trust Mortgage, LLC's Complaint. In support, Movement relies on the facts and legal contentions in its accompanying Memorandum in Support, any reply brief that may be filed, and any arguments Movement may make at a hearing on this Motion.

Dated: January 6, 2025

Respectfully submitted,

**MOVEMENT MORTGAGE, LLC**

By: _____/s/_____
Kristina H. Vaquera, Esq. (VSB No. 43655)
William B. Jackson, Esq. (VSB No. 84012)
Gabrielle Bohannon, Esq. (VSB No. 98106)
Jackson Lewis, P.C.
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone: (757) 648-1445
Facsimile: (757) 648-1418
kristina.vaquera@jacksonlewis.com
billy.jackson@jacksonlewis.com
gabrielle.bohannon@jacksonlewis.com
*Counsel for Defendant Movement Mortgage, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 6th day of January, 2025, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all

counsel of record.

/s/
Kristina H. Vaquera, Esq. (VSB No. 43655)
William B. Jackson, Esq. (VSB No. 84012)
Gabrielle Bohannon, Esq. (VSB No. 98106)
Jackson Lewis, P.C.
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone: (757) 648-1445
Facsimile: (757) 648-1418
kristina.vaquera@jacksonlewis.com
billy.jackson@jacksonlewis.com
gabrielle.bohannon@jacksonlewis.com
*Counsel for Defendant Movement Mortgage, LLC*
