**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

|  |  |
|---|---|
| **SOUTHERN TRUST MORTGAGE, LLC**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MOVEMENT MORTGAGE, LLC**<br><br>**Defendant.** | **Case No. 2:24-cv-00653** |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Movement Mortgage, LLC, in the above captioned action, certifies that Movement Mortgage, LLC is a limited liability company which consists of two members: Abrams Promise, Inc. and Harris Covenant, Inc. Abrams Promise, Inc. and Harris Covenant, Inc. are not publicly held corporations, and there is no publicly held corporation that owns ten percent or more of Movement Mortgage, LLC, Abrams Promise, Inc., or Harris Covenant, Inc.'s stock.

Dated:  January 6, 2025

By: _____/s/_____

Kristina H. Vaquera, Esq. (VSB No. 43655)
William B. Jackson, Esq. (VSB No. 84012)
Gabrielle Bohannon, Esq. (VSB No. 98106)
Jackson Lewis, P.C.
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone: (757) 648-1445
Facsimile: (757) 648-1418
kristina.vaquera@jacksonlewis.com
billy.jackson@jacksonlewis.com
gabrielle.bohannon@jacksonlewis.com
*Counsel for Defendant Movement Mortgage, LLC*