|  |  |
|---|---|
| SOUTHERN TRUST MORTGAGE, LLC | |
| Plaintiff, | |
| v. | Civil Action No. 2:24-cv-000653 |
| MOVEMENT MORTGAGE, LLC | |
| Defendant. | |

:

**<u>NOTICE OF CORRECTED EXHBIT E TO AMENDED COMPLAINT (ECF NO. 20)</u>**

Plaintiff Southern Trust Mortgage, LLC ("Southern Trust" or the "Company"), by and through its undersigned counsel, hereby gives notice that Exhibit E to Amended Complaint shown on the docket as ECF No. 20-5 be replaced on the docket with the corrected exhibit attached as Exhibit E.

Dated: January 22, 2025.

Respectfully submitted,

*/s/ Theresa Connolly*
Theresa Connolly
Virginia Bar No. 46583
**FISHER PHILLIPS LLP**
2011 Crystal Drive, Suite 400
Arlington, Virginia 22201
Phone: (703) 682-7095
tconnolly@fisherphillips.com
Michael P. Elkon (motion for admission *pro hac vice* forthcoming)
Georgia Bar No. 243355
FISHER & PHILLIPS LLP
1230 Peachtree Street, NE
Suite 3300

Atlanta, Georgia 30309
Phone (404) 231-1400
Facsimile (404) 240-4249
melkon@fisherphillips.com

*Attorneys for Plaintiff*
*Southern Trust Mortgage, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 22, 2025, I electronically filed the foregoing **NOTICE OF CORRECTED EXHIBIT E TO AMENDED COMPLAINT (ECF NO. 20)** with the Clerk of the Court by using the CM/ECF System, which will cause a copy to be served on all parties of record.

*s/Theresa Connolly*
Theresa Connolly

*Counsel for Plaintiff*
