**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| **SOUTHERN TRUST MORTGAGE, LLC** | |
| **Plaintiff,** | **Case No. 2:24-cv-00653** |
| **v.** | |
| **MOVEMENT MORTGAGE, LLC** | |
| **Defendant.** | |

**DEFENDANT MOVEMENT MORTGAGE, LLC'S MOTION TO DISMISS**
**PLAINTIFF SOUTHERN TRUST MORTGAGE, LLC'S AMENDED COMPLAINT**

Defendant Movement Mortgage, LLC ("Movement") submits this Motion to Dismiss Plaintiff Southern Trust Mortgage, LLC's Amended Complaint. In support, Movement relies on the facts and legal contentions in its accompanying Memorandum in Support, any reply brief that may be filed, and any arguments Movement may make at a hearing on this Motion.

Dated: February 4, 2025

Respectfully submitted,

**MOVEMENT MORTGAGE, LLC**

By: _____/s/_____
Kristina H. Vaquera, Esq. (VSB No. 43655)
William B. Jackson, Esq. (VSB No. 84012)
Gabrielle Bohannon, Esq. (VSB No. 98106)
Jackson Lewis, P.C.
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone: (757) 648-1445
Facsimile: (757) 648-1418
kristina.vaquera@jacksonlewis.com
billy.jackson@jacksonlewis.com
gabrielle.bohannon@jacksonlewis.com
*Counsel for Defendant Movement Mortgage, LLC*