# JacksonLewis

**Jackson Lewis P.C.**
500 East Main Street, Suite 800
Norfolk, VA 23510
(757) 648-1445 Main
(757) 648-1418 Fax
jacksonlewis.com

DIRECT DIAL:  757.648.1442
E-MAIL:  GABRIELLE.BOHANNON@JACKSONLEWIS.COM

March 4, 2025

Clerk of Court, Civil Division
U.S. District Court for the Eastern District of Virginia
Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, Virginia 23510

   **Re:**   *Southern Trust Mortgage, LLC v. Movement Mortgage, LLC*
      **USDC-EDVA Case No.: 2:24-cv-653**

Dear Clerk of Court:

   Plaintiff Southern Trust Mortgage, LLC ("Southern Trust") filed its Amended Complaint (ECF No. 20) on January 21, 2025. On February 4, 2025, Defendant Movement Mortgage, LLC ("Movement") filed its Motion to Dismiss the Amended Complaint (ECF No. 22) and Memorandum in Support (ECF No. 23). Southern Trust filed its Response in Opposition to Defendant's Motion to Dismiss (ECF No. 26) on February 18, 2025. Movement filed its Reply Memorandum in support of its Motion to Dismiss (ECF No. 27) on February 24, 2025. The Motion to Dismiss is now ripe for consideration. Defendant does not request a hearing on this matter and respectfully asks that it be forwarded to the Judge for consideration.

   Please do not hesitate to call if you have any questions or need anything further.

       Respectfully yours,

       _____/s/_____
       Gabrielle Bohannon (VSB No. 98106)
       JACKSON LEWIS, P.C.
       500 E. Main Street, Suite 800
       Norfolk, Virginia 23510
       Telephone: (757) 648-1445
       Facsimile: (757) 648-1418
       gabrielle.bohannon@jacksonlewis.com
       *Counsel for Defendant*