# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**SOUTHERN TRUST MORTGAGE, LLC,**

**Plaintiff(s),**

**v.**                                          **CASE NO.   2:24cv653**

**MOVEMENT MORTGAGE, LLC,**

**Defendant(s),**

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** the Defendant's Motion to Dismiss Plaintiff's Complaint, ECF No. 17, is MOOT, and Defendant's Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 22, is GRANTED.

DATED: May 20, 2025

FERNANDO GALINDO, Clerk

By:___/s/_____
M. Reese, Deputy Clerk